Commonwealth *v.* Miller, Appellant.

Argued June 16, 1966.  *John P. Yatsko,* with him *Fitzgerald & Yatsko,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Miller, Appellant.

Argued June 21, 1966.

*John Rogers Carroll,* for appellant; *John R. Jakubowski,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

PER CURIAM: Judgments of sentence affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he

be by that court committed until he has complied with the sentences, or any part of them which had not been performed at the time the appeal was made a supersedeas.